**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**


**Name Change**

343 Fidelity Savings & Loan Association of Bucks County – Change to 476 William Penn Bank
440 SunTrust Bank – Change to 672 Truist Bank
628 Riverview Bank – Change to 294 Mid Penn Bank
  16 CBT Bank, a division of Riverview Bank – Change to 294 Mid Penn Bank
402 Halifax Branch, of Riverview Bank – Change to 294 Mid Penn Bank
  43 Marysville Branch of Riverview Bank – Change to 294 Mid Penn Bank
420 Meyersdale Branch of Riverview Bank – Change to 294 Mid Penn Bank


**Platinum Leader Change**


**Correction**


**Removal**

343 Fidelity Savings & Loan Association of Bucks County
440 SunTrust
628 Riverview Bank
  16 CBT Bank, Division of Riverview Bank
402 Halifax Branch of Riverview Bank
  43 Marysville Branch of Riverview Bank
420 Meyersdale Branch of Riverview Bank

January 2022